IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-cv-48-D

| | |
|---|---|
| PAMELA BATSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **CONSENT ORDER** |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $3,506.25 for attorney fees, and the Treasury Judgment Fund should reimburse Plaintiff's counsel for the $400.00 filing fee, in full and final settlement of all claims for attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Treasury Judgment Fund pay Plaintiff's counsel $400.00 and the Commissioner of Social Security pay Plaintiff's counsel $3,506.25 for attorney fees if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's counsel.

This 30 day of March, 2015.

JAMES C. DEVER III
Chief United States District Judge

CONSENTED TO:

/s/CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC 27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com


/s/CATHLEEN MCNULTY
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
6401 Security Boulevard
Altmeyer Building, Room 617
Baltimore, MD 21235-6401
Telephone: 410-965-0431
Fax: 410-597-0527
Cathleen.mcnulty@ssa.gov
New York Bar