UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| PAMELA A. BATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 7:14-CV-48-D** |
| CAROLYN W. COLVIN, Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Treasury Judgment Fund pay Plaintiff's counsel $400.00 and the Commissioner of Social Security pay Plaintiff's counsel $3,506.25 for attorney fees if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's counsel.

**This Judgment Filed and Entered on March 30, 2015, and Copies To:**

| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF Notice of Electronic Filing) |
| Cathleen C. McNulty | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: | JULIE RICHARDS JOHNSTON, CLERK |
| March 30, 2015 | (By) /s/ Courtney O'Brien |
| | Deputy Clerk |